# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| STATE OF MARYLAND, STATE OF NEW YORK, STATE OF NEVADA, STATE OF COLORADO, STATE OF ARIZONA, PEOPLE OF THE STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAI'I, STATE OF ILLINOIS, OFFICE OF THE GOVERNOR *ex rel. Andy Beshear, in his official capacity as Governor of the* COMMONWEALTH OF KENTUCKY, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, JOSH SHAPIRO, *in his official capacity as Governor of* the COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, STATE OF WISCONSIN,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, LINDA McMAHON, *in her official capacity as United States Secretary of Education*,<br><br>　　　　Defendants. | Case No. 1:26-cv-01957-ABA |

## SCHEDULING ORDER

Upon consideration of the Parties' Joint Motion for Entry of a Scheduling Order (the "Joint Motion") (ECF No. 87), it is, this 28th day of July, 2026, by the United States District Court for the District of Maryland, hereby ORDERED as follows:

1.      The Joint Motion is GRANTED.

2.      Defendants may defer responding to Plaintiffs' Complaint until after the Court's ruling on the summary judgment motions, to the extent a response is necessary.

3.      The following schedule and page limits now govern this case:

| Event | Date | Page Limit |
|---|---|---|
| Plaintiffs file Motion for Summary Judgment | **August 26, 2026** | 30 pages |
| Defendants file Cross-Motion for Summary Judgment, accompanied by a single memorandum both opposing Plaintiffs' Motion and supporting Defendants' Cross-Motion | **September 25, 2026** | 35 pages |
| Plaintiffs file a combined reply in support of their Motion and opposition to Defendants' Cross-Motion | **October 16, 2026** | 20 pages |
| Defendants file a reply in support of their Cross-Motion | **November 6, 2026** | 15 pages |

_____*/s/*_____
Adam B. Abelson
United States District Judge