**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-1957-ABA |

**DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 56, Defendants file their motion to dismiss or, in the alternative, for summary judgment. Defendants respectfully request that the Court grant Defendants' motion to dismiss and dismiss this case in its entirety for lack of subject matter jurisdiction. In the alternative, Defendants request that the Court enter summary judgment in favor of Defendants. Defendants' motion is supported by the accompanying memorandum of law.

Dated: September 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
KATHRYN L. ALKIRE (FL Bar No. 1050146)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on September 25, 2026, I electronically filed the foregoing document and its attachments via CM/ECF and thereby served all parties who have appeared through counsel on the Court's electronic docket.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE