**THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

STATE OF MARYLAND, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,

*Defendants*.

No. 1:26-cv-1957-ABA

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss or, in the alternative, for summary judgment, Plaintiffs' opposition, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Defendants' motion is GRANTED.

Dated this ______ day of ________, 202__

______________________________
ADAM B. ABELSON
United States District Judge