# Exhibit 1

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

*Published on [https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2026-06-29/update-list-professional-degree-programs-due-court-order](https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2026-06-29/update-list-professional-degree-programs-due-court-order)*

POSTED DATE: June 29, 2026
AUTHOR: Federal Student Aid
ELECTRONIC ANNOUNCEMENT ID: GENERAL-26-42
SUBJECT: Update to List of Professional Degree Programs Due to Court Order

The purpose of this Electronic Announcement is to identify the list of Classification of Instructional Programs (CIP) Codes that are designated as professional degree programs for reporting *Title IV* loan originations and disbursements to the Common Origination and Disbursement (COD) System. On June 24, 2026, the U.S. District Court for the District of Columbia, in consolidated cases Nos. 26-1780, 26-1941, preliminarily stayed part of the U.S. Department of Education's (the Department's) professional degree definition contained in the Reimagining and Improving Student Education (RISE) Final Rule published in the Federal Register on May 1, 2026. Although the Department is confident that the professional degree definition in the RISE Final Rule is lawful and will continue to defend it, we are nonetheless, for the duration of the Court's preliminary stay, based on the Department's understanding of the Court's ruling, treating the programs listed below as awarding professional degrees for the purpose of administering statutory loan limits. These interim administrative designations are provided solely to facilitate implementation of the Court's order and may change as litigation in the case proceeds.

The vast majority of the RISE Final Rule is unaffected by the Court order and will take effect on July 1, 2026, including the elimination of the Grad PLUS program, the establishment of new annual and aggregate loan limits for graduate and professional students, and the creation of two new repayment plans: the Repayment Assistance Plan and the Tiered Standard Repayment Plan.

## Background

The RISE Final Rule defined a *professional student*, in 34 CFR 685.102, in part, as a student enrolled in a program of study that awards a professional degree upon completion of the program. This provision of the regulation is not affected by the Court order.

However, the Court order **preliminarily** sets aside and stays the following elements contained in paragraph (i) of that definition, codified in 34 CFR 685.102(b), defining a professional degree as one that:

A. Signifies both completion of the academic requirements for beginning practice in a given profession and a level of professional skill beyond that normally required for a bachelor's degree;

B. Is generally at the doctoral level and that requires at least six academic years of postsecondary education coursework for completion, including at least two years of post-baccalaureate level coursework;

C. Generally requires professional licensure to begin practice; and

D. Includes a four-digit program CIP code, as assigned by the institution or determined by the Secretary, in the same intermediate group as the fields listed in paragraph (ii)(A) of this definition.

The professional degrees in the 11 fields listed in paragraph (ii)(A) of the *professional student* definition are also unaffected by the Court's order.

## Interim List of Programs Treated as Granting Professional Degrees as a Result of Court Order for the Duration of the Court's Stay

During the period of the Court's stay and consistent with the Court's order and construction of 20 U.S.C. § 1087e(a)(4)(C)(ii), which is different than the Department's construction of that provision as proposed in the RISE Final Rule, the following programs will be treated as awarding professional degrees for the duration of the Court's stay. Such programs must award the degree in parentheses to qualify for this designation.

| 6-digit CIP | 6-digit CIP Title (Degree) |
|---|---|
| 01.8001 | Veterinary Medicine (D.V.M.) |

| | |
|---|---|
| 22.0101 | Law (L.L.B.; J.D.) |
| 39.0602 | Divinity/Ministry (M.Div.) |
| 39.0605 | Rabbinical Studies (M.H.L.) |
| 42.2801 | Clinical Psychology (Psy.D.) |
| 42.2803 | Counseling Psychology (Psy.D.) |
| 42.2805 | School Psychology (Psy.D.) |
| 42.2807 | Clinical Child Psychology (Psy.D.) |
| 42.2810 | Health/Medical Psychology (Psy.D.) |
| 42.2811 | Family Psychology (Psy.D.) |
| 42.2812 | Forensic Psychology (Psy.D.) |
| 42.2899 | Clinical, Counseling and Applied Psychology, Other (Psy.D.) |
| 51.0101 | Chiropractic (D.C.; D.C.M.) |
| 51.0202 | Audiology/Audiologist (AuD) |
| 51.0203 | Speech-Language Pathology/Pathologist (SLP) |
| 51.0401 | Dentistry (D.D.S.; D.M.D.) |
| 51.0809 | Anesthesiologist Assistant (CAA) |
| 51.0912 | Physician Associate/Assistant (MSPA; PA) |
| 51.0913 | Athletic Training/Trainer (MSAT; MAT) |
| 51.1201 | Medicine (M.D.) |
| 51.1202 | Osteopathic Medicine (D.O.) |
| 51.1203 | Podiatry (D.P.M.; D.P.; Pod.D.) |
| 51.1701 | Optometry (O.D.) |
| 51.2001 | Pharmacy (Pharm.D.) |
| 51.2306 | Occupational Therapy/Therapist (OT; MSOT; OTD) |
| 51.2308 | Physical Therapy/Therapist (PT; DPT) |
| 51.3801 | Registered Nursing/Registered Nurse (MSN) |
| 51.3804 | Nurse Anesthetist (DNAP) |
| 51.3818 | Nursing Practice (DNP) |

## Programs NOT Treated as Programs Granting Professional Degrees as a Result of Court Order for the Duration of the Court's Stay and Based on the Court's Order

Due to the Court's stay and based upon its construction of 20 U.S.C. § 1087e(a)(4)(C)(ii), which is different than the Department's construction of that provision as proposed in the RISE Final Rule, the following programs are not considered programs that award professional degrees for the duration of the stay.

| 6-digit CIP | 6-digit CIP Title |
|---|---|
| 39.0601 | Theology/Theological Studies |
| 39.0604 | Pre-Theology/Pre-Ministerial Studies |
| 39.0699 | Theological and Ministerial Studies, Other |
| 42.2802 | Community Psychology |
| 42.2804 | Industrial and Organizational Psychology |
| 42.2806 | Educational Psychology |
| 42.2808 | Environmental Psychology |
| 42.2809 | Geropsychology |
| 42.2813 | Applied Psychology |
| 42.2814 | Applied Behavior Analysis |
| 42.2815 | Performance and Sport Psychology |
| 42.2816 | Somatic Psychology |
| 42.2817 | Transpersonal/Spiritual Psychology |
| 51.1299 | Medicine, Other |
| 51.2002 | Pharmacy Administration and Pharmacy Policy and Regulatory Affairs |
| 51.2003 | Pharmaceutics and Drug Design |
| 51.2004 | Medicinal and Pharmaceutical Chemistry |
| 51.2005 | Natural Products Chemistry and Pharmacognosy |
| 51.2006 | Clinical and Industrial Drug Development |
| 51.2007 | Pharmacoeconomics/Pharmaceutical Economics |
| 51.2008 | Clinical, Hospital, and Managed Care Pharmacy |
| 51.2009 | Industrial and Physical Pharmacy and Cosmetic Sciences |
| 51.2010 | Pharmaceutical Sciences |
| 51.2011 | Pharmaceutical Marketing and Management |
| 51.2099 | Pharmacy, Pharmaceutical Sciences, and Administration, Other |

## Institutional Reporting Guidance

Depending on a borrower's loan history, most borrowers will be prescreened or postscreened at the graduate loan limit. Financial Aid Administrators can review the National Student Loan Data System (NSLDS®) Professional Access website to determine the borrower's progress toward any of the aggregate loan limits. If a borrower has exceeded their graduate

aggregate limit and they are eligible for the professional loan limit, institutions may clear the C Flag and process aid using the higher professional loan limit.

In order to originate and disburse loans at the higher loan limit for professional students during the period covered by the Court order, institutions will report one of the following Professional Grade Levels in the Student Level Code field when reporting a loan to the COD System:

- 10-Professional never Graduate
- 11-Professional was Graduate
- 13-Professional Concurrent Enrollment

If an institution previously originated and/or disbursed a loan for award year 2026–27 in COD using a graduate academic level for these programs, the institution can (1) update the student level code for the existing loan to reflect one of the applicable professional level codes and increase the loan/disbursement amount to match the professional annual loan limits; or (2) originate a new loan using one of the applicable professional level codes for the difference between the graduate and professional loan limit amounts.

After a loan is originated and/or disbursed using a professional academic level, the academic level information is reported to NSLDS by the federal loan servicer. NSLDS will then reevaluate the borrower's aggregate loan limit usage and, if applicable, generate a postscreening transaction when the updated information results in a change to the borrower's aggregate limit status, either causing the borrower to no longer exceed the applicable aggregate limit or causing the borrower to exceed the applicable aggregate limit.

As the Department announced on Friday, June 26, 2026, under the *Working Families Tax Cuts Act*, institutions may set program-level limits for federal student loans beginning July 1, 2026. During the pendency of the ongoing litigation, institutions may wish to consider, for programs now temporarily classified as awarding professional degrees pursuant to the Court's order, limiting loan amounts to the graduate-level caps to mitigate potential disruption to student borrowers resulting from changes in program classification that may arise from the ongoing litigation.

If an institution has made a disbursement on a loan associated with one of the programs that are temporarily removed from the list at the higher loan limit prior to the publication of this Electronic Announcement, the institution is not required to adjust the amounts already disbursed; however, the institution is not permitted to make subsequent disbursements at the higher limit. Any subsequent disbursements must be reported with the applicable graduate grade level. Additionally, all borrower eligibility requirements must be met at the time that the subsequent disbursements are made. For example, if a borrower exceeds the aggregate limit based upon receiving the professional-level disbursement, then they would not be eligible for additional disbursements or loans as a graduate-level borrower.

Institutions should check the One Big Beautiful Bill Act Information page for more detailed guidance on loan limit eligibility. Further adjustments may follow once the litigation concludes.

Information for students and borrowers about the preliminary Court order is available on:

- StudentAid.gov/bigupdates – This page provides information about changes affecting recipients of federal student aid, including borrowers.
- A related definitions and key terms page – This page provides the definitions for important terms and concepts affecting recipients of federal student aid, including borrowers.

We will continue to update both pages promptly when new information becomes available.