**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

STATE OF MARYLAND, ET AL,
*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF EDUCATION, ET AL,
*Defendant*.

Case No. 26-cv-1957

**ORDER**

The Court intends to hold a hearing in this matter. Accordingly, it is ORDERED that, on or before October 13, 2026, counsel shall confer and file a joint notice identifying their availability for each of the following potential hearing dates:

- November 24, 2026 at 2:00pm ET
- December 9, 2026 at 2:00pm ET
- December 18, 2026 at 2:00pm ET
- December 21, 2026 at 10:00am ET or 2:00pm ET

The parties should identify all dates on which all counsel necessary for the hearing are available. If the parties are unable to identify a mutually available date, the joint notice shall separately state each party's availability for each of the proposed dates and/or suggest mutually available alternative dates. The Court will set the hearing by separate order after reviewing the parties' submission.

Dated: October 8, 2026

/s/
Adam B. Abelson
United States District Judge