**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, STATE OF NEW YORK, STATE OF NEVADA, STATE OF COLORADO, STATE OF ARIZONA, PEOPLE OF THE STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAI‘I, STATE OF ILLINOIS, OFFICE OF THE GOVERNOR *ex rel. Andy Beshear, in his official capacity as Governor of the* COMMONWEALTH OF KENTUCKY, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, JOSH SHAPIRO, *in his official capacity as Governor of* the COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, LINDA McMAHON, *in her official capacity as United States Secretary of Education*,<br><br>Defendants. | Case No. 1:26-cv-01957-ABA |

**JOINT NOTICE**

Pursuant to this Court’s Order, ECF 110, the parties have conferred regarding their counsel’s availability for a hearing on the four dates proposed by the Court. The parties hereby

file this Joint Notice to inform the Court that all counsel necessary for the hearing are available on December 18, 2026 at 2:00 pm Eastern.

Dated: October 13, 2026

Respectfully submitted,

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

By: */s/ Keith M. Jamieson*
Keith M. Jamieson (D. Md. Bar. No. 31543)
*Assistant Attorney General*
Michael Drezner (D. Md. Bar. No. 31784)
*Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6960
kjamieson@oag.maryland.gov

*Counsel for the State of Maryland*

**LETITIA JAMES**
ATTORNEY GENERAL OF NEW YORK

By: */s/ Jessica Ranucci*
Jessica Ranucci*
*Special Counsel*
Victoria Ochoa*
Shanna Tallarico*
*Assistant Attorneys General*
28 Liberty St.
New York, NY 10005
(929) 736-3392
jessica.ranucci@ag.ny.gov

*Counsel for the State of New York*

**AARON D. FORD**

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
KATHRYN L. ALKIRE (FL Bar No. 1050146)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*

ATTORNEY GENERAL OF NEVADA

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland*
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for the State of Nevada*

**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

By: */s/ Martha U. Fulford*
Martha Upton Fulford*
*Assistant Deputy Attorney General*
Erin Farinelli*
Sam Wolter*
*Assistant Attorneys General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
martha.fulford@coag.gov

*Counsel for the State of Colorado*

**KRISTIN K. MAYES**
ATTORNEY GENERAL OF ARIZONA

By */s/ William Y. Durbin*
William Y. Durbin*
*Senior Litigation Counsel*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-3333
William.Durbin@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

By: */s/ Caroline E. Wilson*
Caroline E. Wilson*
Daniel A. Osborn*
*Deputy Attorneys General*
Nicklas A. Akers
*Senior Assistant Attorney General*
Bernard A. Eskandari
*Supervising Deputy Attorney General*
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Callie.Wilson@doj.ca.gov
Daniel.Osborn@doj.ca.gov

*Counsel for the People of the State of California*

**WILLIAM TONG**
ATTORNEY GENERAL OF CONNECTICUT

By: */s/ Mary Lenehan*
Mary Lenehan*
*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Mary.Lenehan@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
ATTORNEY GENERAL OF DELAWARE

By: */s/ Vanessa L. Kassab*
Vanessa L. Kassab*
*Deputy Attorney General*
Anuradha Sivaram*
*Special Assistant Attorney General*

Ian R. Liston
*Director of Impact Litigation*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

By: */s/ Eliza H. Simon*
Eliza H. Simon (D. Md. Bar No. 19648)
*Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W., 9th Floor
Washington, D.C. 20001
(202) 741-5221
Eliza.Simon@dc.gov

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

By: */s/ Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**KWAME RAOUL**

ATTORNEY GENERAL OF ILLINOIS

By: /s/ Aleeza Strubel
Aleeza Strubel*
*Complex Litigation Counsel*
Margaret McWhorter*
*Student Loan Ombuds*
Lilia De La Torre*
*Supervising Attorney*
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
Tel. (773) 519-3000
Aleeza.Strubel@ilag.gov
Margaret.McWhorter@ilag.gov
Lilia.Delatorre@ilag.gov

*Counsel for the State of Illinois*

**OFFICE OF THE GOVERNOR *ex rel.***
**ANDY BESHEAR**
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
THE COMMONWEALTH OF KENTUCKY

By: /s/ S. Travis Mayo
S. Travis Mayo*
*General Counsel*
Sam Flynn
*Chief Deputy General Counsel*
Laura C. Tipton
*Deputy General Counsel*
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov

*Counsel for the Office of the Governor*

**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

By: */s/ Katherine W. Thompson*
Katherine W. Thompson*
*Special Counsel*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: (207) 626-8455
Fax: (207) 287-3145
Kate.Thompson@maine.gov

*Counsel for the State of Maine*

**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

By: */s/ Laila M. Ameri*
Laila M. Ameri*
*Assistant Attorney General*
Nita Klunder*
*State Trial Counsel*
1 Ashburton Pl.
Boston, MA 02108
Laila.Ameri@mass.gov
Nita.Klunder@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

By: */s/ Daniel Ping*
Daniel Ping*
Neil Giovanatti*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 241-1050
PingD@michigan.gov
GiovanattiN@michigan.gov

*Counsel for the State of Michigan*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

By: */s/ Adam Welle*
Adam Welle*
*Assistant Attorney General*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1425
Adam.Welle@ag.state.mn.us

*Counsel for the State of Minnesota*

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY

*/s/* Bryce K. Hurst
Bryce K. Hurst*
*Deputy Attorney General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-4562
Bryce.Hurst@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
ATTORNEY GENERAL OF NEW MEXICO

By: */s/ Olivia den Dulk*
Olivia den Dulk*
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-7741

odendulk@nmdoj.gov

*Counsel for the State of New Mexico*

**JEFF JACKSON**
ATTORNEY GENERAL OF NORTH CAROLINA

**LAURA HOWARD**
CHIEF DEPUTY ATTORNEY GENERAL

By /s/ *Marc D. Brunton*
Marc D. Brunton*
*Assistant Deputy Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-0151
mbrunton@ncdoj.gov

*Counsel for the State of North Carolina*

**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

By: /s/ *Leanne Hartmann*
Leanne Hartmann*
*Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Leanne.Hartmann@doj.oregon.gov

*Counsel for the State of Oregon*

**JOSH SHAPIRO**
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
THE COMMONWEALTH OF PENNSYLVANIA

By: /s/ *Michael J. Fischer*
Michael J. Fischer**

*Executive Deputy General Counsel*
Jennifer Selber
*General Counsel*
Governor's Office of General Counsel
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov

*Counsel for Governor Josh Shapiro*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

By: /s/ Jordan Broadbent
Jordan Broadbent*
*Special Assistant Attorney General*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2060
Jbroadbent@riag.ri.gov

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

By: /s/ Samuel B. Stratton
Samuel B. Stratton*
*Assistant Attorney General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
sam.stratton@vermont.gov

*Counsel for the State of Vermont*

**JAY JONES**
ATTORNEY GENERAL OF VIRGINIA

By: /s/ *Megan C. Keenan*
Megan C. Keenan (D. Md. Bar No. 32426)
*Deputy Solicitor General*
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071
mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

**NICHOLAS W. BROWN**
ATTORNEY GENERAL OF WASHINGTON

By: /s/ *Aaron J. Fickes*
Aaron J. Fickes*
*Assistant Attorney General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-287-4176
aaron.fickes@atg.wa.gov

*Counsel for the State of Washington*

**JOSHUA L. KAUL**
ATTORNEY GENERAL OF WISCONSIN

By: /s/ *Faye Hipsman*
Faye Hipsman**
*Assistant Attorney General*
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
(608) 957-5218 (phone)
(608) 294-2907 (fax)
Faye.Hipsman@wisdoj.gov

*Counsel for the State of Wisconsin*

* *Pro hac vice*

** *Pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026, I filed the foregoing document on CM/ECF and thereby served all parties that have appeared on the electronic case docket.

Respectfully submitted,

*/s/ Keith M. Jamieson*
Keith M. Jamieson (D. Md. Bar. No. 31543)
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6960
kjamieson@oag.maryland.gov